IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00403-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     SHAWN CAEKAERT,
**2.**     **BENJAMIN FRESQUEZ**,
**3.**     **ELEANOR FRESQUEZ**,
4.     GEORGE FRESQUEZ,
**5.**     **MATTHEW FRESQUEZ**,
6.     DAVID MICHAEL ROMERO,
7.     MICHAEL TOWNSEND, and
9.     SAMUEL VIGIL,

    Defendants.

---

## ORDER AND NOTICE OF MOTION HEARING

---

The following matter is set for a motion hearing before Judge Marcia S. Krieger on **July 1, 2008, at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing and will be used to schedule evidentiary hearings on those motions requiring such. Counsel shall *bring their calendars.*

DATED this 12th day of June, 2008.

                                            **BY THE COURT:**

                                            *Marcia S. Krieger*
                                            _____

Marcia S. Krieger
United States District Judge